1040

[No. 47208-9-I. Division One. February 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RODOLFO A. BENITEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-02323-1, Jeanette R. Burrage, J., entered August 14, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47398-1-I. Division One. February 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LUIS ROBINSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06517-1, Patricia H. Clark, J., entered September 13, 2000. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker, A.C.J., and Coleman, J.

[No. 47618-1-I. Division One. February 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK WAYNE ENGMAN, *Defendant*, PAVEL ALEKSANDROVICH LENSKIY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-02596-0, Patricia H. Aitken, J., entered October 2, 2000. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Cox and Ellington, JJ.

[No. 47692-1-I. Division One. February 25, 2002.]

KWEKU K. BENTIL, *Appellant*, v. THE UNIVERSITY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-23217-8, Larry A. Jordan, J., entered October 17, 2000. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Appelwick, JJ.